ANGIE S. LEE [SBN 254018]
**SHERIDAN & RUND, PC**
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200
angie@srlawyers.com

Counsel for Jason M. Rund,
Chapter 7 Trustee



**FILED & ENTERED**

**JUN 20 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In Re:<br><br>TBE TOUR CONSULTANT CORP.,<br><br>                Debtor.<br><br>JASON M. RUND, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>        vs.<br><br>CHENGSHU LI, an individual,<br><br>                Defendants. | Case No.: 2:16-bk-15924-WB<br><br>Chapter 7<br><br>Adv. Case No.: 2:17-ap-01023-WB<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br><u>Hearing</u><br>Date: June 6, 2017<br>Time: 2:00 p.m.<br>Place: 255 E. Temple Street, Ctrm 1375<br>         Los Angeles, CA 90012 |

     Plaintiff Jason M. Rund, Chapter 7 Trustee's (the "Plaintiff")'s Motion for Default Judgment (the "Motion") came on regularly for hearing on June 6, 2017 at 2:00 p.m. Angie Lee of Sheridan & Rund, PC, appeared on behalf of Plaintiff. No appearances were made on behalf of Defendant Chengshu Li ("Li" or "Defendant"). No opposition to the Motion was filed.

     After reviewing the Motion and after hearing argument of counsel, the Court find~~s~~ as follows:

     1.     Plaintiff's complaint was timely filed and properly served and ~~that~~ no response was filed by Defendant.

     2.     Defendant's default was properly entered on March 1, 2017.

1

It is hereby **ORDERED, ADJUDGED AND DECREED** that

1. The Motion is granted.

2. Judgment on Plaintiff's Second Claim for Relief for the Avoidance and Recovery of Fraudulent Transfer Under 11 U.S.C. §§548(a)(1)(B)(i) and (ii)(I) and 550 shall be entered in favor of Plaintiff and against Defendant.

3. The Court awards Plaintiff damages in the amounts of $26,016.17.

###

Date: June 20, 2017

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge